McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000



**FILED**

MAR 2 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF: )          SW No. 1.06-SW -67 LJO
                                 )
                                 )          SEALING ORDER
                                 )
    [SEALED]                     )
                                 )
_____)

        Upon Petition of the United States of America and good cause
having been shown,

        IT IS HEREBY ORDERED that the Application and Affidavit for
Search Warrant, as well as the Government's Motion and
Incorporated Memorandum to Seal Supplemental Affidavit in Support
of Application for Search Warrant, in the above-captioned matter
be and hereby are ordered sealed until further order of this
Court.

DATED: March 21, 2006

                                    _____
                                    HON. LAWRENCE J. O'NEILL
                                    U.S. Magistrate Judge